In re Tauzier, Ronald Gilbert; applying for writ of habeas corpus; Parish of Orleans, Criminal District Court, Div. “C”, No. 244-878.
Granted. Relator’s 1975 conviction and sentence for violation of R.S. 14:106 (obscenity), proceedings No. 244-878 in Criminal District Court for the Parish of Orleans, is vacated and set aside. Ballew v. Georgia, 435 U.S. 223, 98 S.Ct. 1029, 55 L.Ed.2d 234 (1978); Stansberry v. Blackburn, 474 So.2d 941 (La.1985); Thomas v. Blackburn, 623 F.2d 383 (5th Cir.1980), cert. denied, 450 U.S. 953, 101 S.Ct. 1413, 67 L.Ed.2d 380 (1981); Brown v. Louisiana, 447 U.S. 323, 100 S.Ct. 2214, 65 L.Ed.2d 159 (1980); Burch v. Louisiana, 441 U.S. 130, 99 S.Ct. 1623, 60 L.Ed.2d 96 (1979).
MARCUS and LEMMON, JJ., dissent from the grant.